## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TESA T. GREENE,                          :
                                         :
         Plaintiff,                      :
                                         :
v.                                       :         CIVIL ACTION NO.
                                         :         1:12-CV-3411-RWS
HOMEBANC MORTGAGE                        :
CORPORATION, *et al.*,                   :
                                         :
         Defendants.                     :

## ORDER

This case is before the Court for consideration of Plaintiff's Motion to

Dismiss [6].  After due consideration, Plaintiff's Motion is hereby **GRANTED**,

and this action is hereby **DISMISSED**.  Defendants' Motion to Dismiss [4] is

**DENIED AS MOOT**.  The Clerk shall close the case.

         **SO ORDERED**, this __4th__ day of January, 2013.


                                   _____
                                   **RICHARD W. STORY**
                                   United States District Judge